## Sidney Asher, Appellee, v. Joseph R. Applebaum and Irwin M. Bloomfield, Appellants.

Gen. No. 46,076.

Arthur K. Young, for appellants; Harry G. Fins, of counsel; Freeman & Freeman, for appellee; Earl Freeman, of counsel. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed October 26, 1953; released for publication December 1, 1953.